**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KATIE L. EVANS,

      Plaintiff,

v.                                    Case No:   6:23-cv-987-GAP-RMN

ENHANCED RECOVERY
COMPANY, LLC,

      Defendant

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Notice of Voluntary Dismissal with Prejudice (Doc. 21), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs.   Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on August 15, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties